E-FILED
Thursday, 13 May, 2021 02:27:57 PM
Clerk, U.S. District Court, ILCD

FILED
APR 20 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                      )<br>            Plaintiff,                             )<br>                                                      )<br>      v.                                              )<br>                                                      )<br>MICHELLE MARIE CROWELL,      )<br>            Defendant.                       ) | Criminal No. __21-cr-40014__<br><br>VIO: Title 18, United States Code,<br>Section 641 |

### INDICTMENT

**THE GRAND JURY CHARGES:**

#### COUNT ONE

(Theft of Public Money)

From in or about February 2016, and continuing through in or about February 2020, in Rock Island County, in the Central District of Illinois, the defendant,

**MICHELLE MARIE CROWELL,**

did knowingly and willfully embezzle, steal, purloin, and convert to her own use or the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security and Disability benefits having a value of approximately $36,087.00.

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL

s/Foreperson
_____
FOREPERSON

s/Grant Hodges
_____
DOUGLAS J. QUIVEY
ACTING UNITED STATES ATTORNEY
GTH